**10** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

■

Kenny HAMILTON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 50906.

Missouri Court of Appeals,
Western District.

July 9, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 27, 1996.

Application to Transfer Denied
Oct. 22, 1996.

Jeannie M. Arterburn, Assistant Public
Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fer-
nando Bermudez, Asst. Atty. Gen., Jefferson
City, for Respondent.

Before EDWIN H. SMITH, P.J., and
BRECKENRIDGE and ELLIS, JJ.

PER CURIAM.

### ORDER

Appeal from the denial of Rule 29.15 mo-
tion for post-conviction relief, following an
evidentiary hearing.

Judgment affirmed.   Rule 84.16(b).